THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IKE SHAWNDALE NUNN**                                                                                  **PETITIONER**
**ADC #152571**

v.                              Case No. 4:21-cv-00972-KGB

**DEXTER PAYNE,**                                                                                       **RESPONDENT**
Director, Arkansas Division of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 21). Petitioner Ike Shawndale Nunn has not objected to Judge Harris's Proposed Findings and Recommendations, and the time for filing objections has passed. After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court grants respondent Dexter Payne's motion to dismiss and dismisses without prejudice Mr. Nunn's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. Nos. 2, 18). The relief requested is denied. The Court denies a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered this 1st day of September, 2022.

Kristine G. Baker
United States District Judge