THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IKE SHAWNDALE NUNN**                                                         **PETITIONER**
**ADC #152571**

v.                            Case No. 4:21-cv-00972-KGB

**DEXTER PAYNE,**                                                              **RESPONDENT**
**Director, Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Ike Shawndale Nunn's petition is dismissed without prejudice. The relief requested is denied.

So adjudged this 1st day of September, 2022.

Kristine G. Baker
United States District Judge